1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 08-873-TUC-RCC(HCE) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| FRANK B. LEUNEN, JR., | ) | |
| Defendant. | ) | |

The Court has reviewed the pleadings in this case and the objections to the Magistrate Judge's Report and Recommendation,

The Court finds that the defendant abandoned the vehicle and therefore, probable cause was established for the stop irrespective of the Magistrate Judge's finding that there was no standing.

**IT IS THEREFORE ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#35), with the additional factor that the Court finds abandonment also.

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress Evidence (#18) and **FINDING AS MOOT** Defendant's Motion for Production of Photographs (#20). and Amended Motion for Inspection of Physical Evidence (#21).

1
2      The following deadlines are affirmed:
3      Plea Deadline:        December 19, 2008 by 3:00 p.m.
4      Motion Monday:        December 29, 2008
5      Trial:                January 6, 2009 at 9:30 a.m.
6      DATED this 10th day of December, 2008.

                           _____
                                    Raner C. Collins
                              United States District Judge

- 2 -